IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING: (1) THE USE OF A PEN REGISTER DEVICE AND TRAP AND TRACE DEVICE; AND (2) THE ACQUISITION OF CELL SITE INFORMATION FOR TELEPHONE NUMBER: (417) 496-0575. | No. 17-PR-2013DPR<br>(UNDER SEAL) |

## MOTION FOR ORDER TO UNSEAL

The United States of America, by and through its undersigned counsel, respectfully moves this Court, pursuant to 18 U.S.C. § 3123(d)(1), for an order directing the unsealing of certain documents relating to a court-authorized pen register and trap-and-trace device, and the acquisition of cell site information used in the Western District of Missouri, in case number 17-PR-2013DPR, for the purpose of disclosure in the prosecution of *United States v. William Jones, et al.*, Western District of Missouri Case No. 17-3126-01/03-CR-S-MDH and *United States v. Nathaniel R. Eisenhour*, Western District of Missouri Case No. 17-3144-01-CR-S-RK. In support thereof, the United States respectfully suggests the following:

1. Upon application filed by the Government, this Court authorized the deployment of a pen register and trap-and-trace device, as well as the acquisition of cell site information, for the following telephone number in the corresponding case:

    a. For telephone number (417) 496-0575, case no. 17-PR-2013DPR;

The application and order filed as to that device were sealed.

2. The investigation involving these telephones has resulted in the indictment of several defendants in the *Jones* and *Eisenhour* cases. The above-described sealed documents need to be unsealed at this time so that they may be disclosed pursuant to the Government's discovery obligations.

WHEREFORE, the United States respectfully moves for an order directing that the applications, affidavits, orders, and any other related documents in the above-described case be unsealed.

Respectfully submitted,

Timothy A. Garrison
Acting United States Attorney

By  /s/ Josephine M. Larison

Josephine M. Larison, Mo. Bar #63956
Special Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511